UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSEPH CANTRELL,<br><br>　　　　　　　　Petitioner,<br>v.<br><br>PYRAMID LAKE TRIBAL COURT, *et al.*,<br><br>　　　　　　　　Respondents. | Case No. 3:23-cv-00174-MMD-CLB<br><br>ORDER |

*Pro se* Petitioner Joseph Cantrell has filed an application to proceed *in forma pauperis* with an attached petition for a writ of habeas corpus under 28 U.S.C. § 2254. (ECF No. 1.) The Court finds that Petitioner can pay the full filing fee of $5.00.

It is therefore ordered that the application to proceed *in forma pauperis* (ECF No. 1) is denied. Petitioner will have 30 days from the date of entry of this order to send the $5.00 filing fee to the Clerk of Court. Failure to comply will result in the dismissal of this action.

The Clerk of Court is directed to send Petitioner two copies of this order. Petitioner is ordered to make the necessary arrangements to have one copy of this order attached to the check paying the filing fee.

DATED THIS 1st Day of May 2023.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE