UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

JOSEPH CANTRELL,

                Petitioner,

    v.

PYRAMID LAKE TRIBAL COURT, *et al*.,

                Respondents.

Case No. 3:23-cv-00174-MMD-CLB

ORDER

On May 1, 2023, the Court entered an order denying *pro se* Petitioner Joseph Cantrell's motion to proceed *in forma pauperis* but allowing him 30 days within which to pay the $5.00 filing fee for this habeas corpus action. (ECF No. 4.) Petitioner has not complied with the Court's order within the allotted time, so the Court will dismiss this action. Reasonable jurists would not find the Court's conclusion to be debatable or wrong, so the Court will not issue a certificate of appealability.

It is therefore ordered that this action is dismissed without prejudice for Petitioner's failure to comply with the Court's order.

It is further ordered that that no certificate of appealability will issue.

The Clerk of Court is directed to enter judgment accordingly and close this case.

DATED THIS 22nd Day of June 2023.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE