UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOSEPH CANTRELL,<br><br>　　　　　　　　Petitioner,<br>　v.<br><br>WASHOE COUNTY SHERIFF DETENTION FACILITY,<br><br>　　　　　　　　Respondent. | Case No. 3:23-cv-00174-MMD-CSD<br><br>ORDER |

In this habeas case challenging detention by order of an Indian tribe, Respondent has filed a motion asking for 10 additional days to respond to Petitioner Cantrell's petition. (ECF No. 28.) Respondent's counsel claims that miscommunication between the Washoe County District Attorney's Office and tribal prosecutors prevented Respondent from filing a timely response. While the Court questions counsel's reliance on tribal prosecutors to file a response on her client's behalf, the Court also recognizes that Respondent requires input from tribal prosecutors to formulate a response.

It is therefore ordered that Respondent's motion for extension of time (ECF No. 28) is granted. Respondent shall file and serve an answer or other response to the petition (ECF No. 20) by November 17, 2023.

DATED THIS 7th Day of November 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE